**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 24-8691-JFW(ASx)** | Date:  February 5, 2025 |
| Title: | Tomas Ramirez -v- P&F Express, LLC, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

In the Court's Order, filed December 27, 2024 (Docket No. 16), the parties were "directed to comply with Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26-1 in a timely fashion and to file a Joint Report, on or before **January 31, 2025**." However, the parties failed to file a Joint Report.

Accordingly, the parties are ordered to show cause, in writing, on or before **12:00 p.m., on February 6, 2025**, why this action should not be dismissed for failure to comply with the Court's December 27, 2024 Order. If Plaintiff files a notice of dismissal of this action or if the parties file a stipulation to transfer this action to the appropriate federal district court in Texas on or before 12:00 p.m., on February 6, 2025, the Court will consider that a satisfactory response to the Order to Show Cause. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.